# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

Fifth Cir. Case NO. __23-60300__

__State of Texas, et al__ vs. __Environmental Protection Agency, et al__
(Short Title)

The Clerk will enter my appearance as Counsel for __State of Louisiana and the Louisiana Department of Environmental Quality__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☑ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
   ☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Elizabeth Baker Murrill__           __MurrillE@ag.louisiana.gov__
(Signature)                                  (e-mail address)

__Elizabeth Baker Murrill__               __LA/ 20685__
(Type or print name)                         (State/Bar No.)

__Solicitor General__
(Title, if any)

__Louisiana Department of Justice__
(Firm or Organization)

Address __P.O. Box 94005__

City & State __Baton Rouge, LA__                 Zip __70804__

Primary Tel. __225-326-6766__   Cell Phone: __225-456-7544__

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Elizabeth Murrill__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
      ☑ Yes   ☐ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
      ☐ Yes   ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
      ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __N/A__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__State of Texas, et al. v. EPA, et al., No. 23-60069 (5th Cir.); Litigation concerning EPA's disapproval of Louisiana's SIP as to the interstate transport requirements for the 2015 ozone NAAQS__

Name of Court or Agency __United States Court of Appeals for the Fifth Circuit__

Status of Appeal (if any) __pending__

Other Status (if not appealed) _____

**NOTE:** Attach sheet to give further details.                    DKT-5A REVISED January 2022