# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60300 |

### RESPONDENTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STAY, CONFIRM VENUE, AND HOLD CASE IN ABEYANCE

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 26(b) and 27, respectfully seek an extension of time to respond to the Motion to Stay, Confirm Venue, and Hold Case in Abeyance, ECF No. 37 (the "Texas Motion"). A group of petitioners in Mississippi has informed EPA that it plans to file a similar motion (the "Mississippi Motion"), so EPA requests an extension of time to respond to the Texas Motion until ten days after the Mississippi Motion is filed, so that EPA may file a single response to both motions. This motion is unopposed. In support of this motion, EPA states as follows:

1. On June 7, 15, 16, and 27, 2023, six groups of petitioners petitioned for review in this Court of EPA's final rule establishing a 23-state program to reduce nitrogen oxide ("$NO_X$") pollution from power plants and other high-emitting industrial sources in accordance with the Clean Air Act's "Good Neighbor Provision," 42 U.S.C. § 7410(a)(2)(D)(i)(I). ECF Nos. 1-1, 3-1, 5-1, 17-1, 25-1, 41-1; Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 36654 (June 5, 2023) ("Good Neighbor Plan" or "Plan").

2. On June 26, 2023, a group of petitioners from Texas ("Texas Petitioners") filed a Motion to Stay, Confirm Venue, and Hold Case in Abeyance. ECF No. 37. Pursuant to Federal Rule of Appellate Procedure 27, EPA's response to the Motion is due July 6, 2023.

3. On June 29, 2023, a group of petitioners from Mississippi ("Mississippi Petitioners") emailed counsel for EPA stating their intention to file a similar joint motion.

4. EPA does not know whether any other petitioners plan to file such a motion.

5. A single, consolidated response that addresses the arguments presented in the Motions to Stay, Confirm Venue, and Hold Case in Abeyance would be more helpful to the Court than separate responses filed on a rolling basis

and would serve the interests of judicial economy. A consolidated response will allow the Court to consider these similar or identical issues in a single set of briefing, allowing for a single ruling. There is little reason to believe that the motions will differ substantially, so aligning the deadlines will promote efficiency for all parties and the Court. Further, Texas will not be prejudiced by this short extension, because there will be no change in the status quo during that period of time for three reasons: the challenged Good Neighbor Plan will not yet be effective; EPA's predicate 2023 rule disapproving 21 states' interstate transport plans is stayed as to Texas[1]; and no other court deadlines apply during this period. Accordingly, EPA moves for an extension of time to file a consolidated response to Texas and Mississippi Petitioners' motions, up to and including ten days after Mississippi Petitioners file their motion.

6.   In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On June 29, 2023, EPA was informed through counsel that Petitioners do not oppose the relief requested in this motion: an extension of time to file a consolidated response to Texas and Mississippi Petitioners' motions, up to and including ten days after Mississippi Petitioners file their motion.

---

[1] *See* Order, *Texas v. EPA*, No. 23-60069, ECF 269-2 (5th Cir. May 1, 2023).

For all these reasons, EPA respectfully requests that this Court grant EPA an extension of time to file a consolidated response to Texas and Mississippi Petitioners' motions, up to and including ten days after Mississippi Petitioners file their motion. In the event that the state of Louisiana or another petitioner files a similar motion within that ten-day response period, EPA requests that the Court reset the deadline for EPA's consolidated response to align with the deadline in that last-filed motion, consistent with the reasoning above.

DATED: June 29, 2023                             Respectfully submitted,

                                                 TODD KIM
                                                 Assistant Attorney General

                                                 /s/ Chloe H. Kolman
                                                 CHLOE H. KOLMAN
                                                 ELISABETH H. CARTER
                                                 ZOE PALENIK
                                                 U.S. Department of Justice
OF COUNSEL:                                      Environment & Natural Resources
                                                 Division
DANIEL P. SCHRAMM                                Environmental Defense Section
HALI KERR                                        P.O. Box 7611
U.S. Environmental Protection Agency             Washington, D.C. 20044
Office of General Counsel                        (202) 514-9277
Washington, D.C.                                 chloe.kolman@usdoj.gov

                                                 *Counsel for Respondents*

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 648 words, excluding exempted portions.

Date: June 29, 2023                                        /s/ *Chloe H. Kolman*
                                                          CHLOE H. KOLMAN

                                                          *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: June 29, 2023                                        /s/ *Chloe H. Kolman*
                                                          CHLOE H. KOLMAN

                                                          *Counsel for Respondents*