No. 23-60300

# In the United States Court of Appeals for the Fifth Circuit

---

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*

---

**MISSISSIPPI PETITIONERS' JOINT MOTION TO STAY RESPONDENTS' FINAL ACTION, CONFIRM VENUE, AND HOLD CASE IN ABEYANCE**

---

**C. Grady Moore III**
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Petitioner Mississippi Power Company*

**Lynn Fitch**
  *Attorney General of Mississippi*
**Whitney H. Lipscomb**
  *Deputy Attorney General*
**Justin L. Matheny**
  *Deputy Solicitor General*
STATE OF MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality*

### CERTIFICATES OF INTERESTED PERSONS

No. 23-60300

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

Under Circuit Rule 28.2.1, Petitioners State of Mississippi and Mississippi Department of Environmental Quality need not furnish a certificate of interested persons because they are governmental parties.

/s/ *Justin L. Matheny*
*Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality*

i

The undersigned counsel of record for Mississippi Power Company certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

- Abrams, Michael R., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Association of Electric Companies of Texas (Petitioner)

  The Association of Electric Companies of Texas ("AECT") represents electric generators, transmission & distribution utilities, fully-integrated utilities and retail electric providers that span Texas. Its members generate power from diverse resources, including natural gas, coal, wind and solar, plus investments in energy storage.

- Balch & Bingham LLP (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Baker Botts L.L.P. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)

- Barber, Julia B. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- BCCA Appeal Group (Petitioner)

BCCA Appeal Group is a Texas non-profit corporation whose mission is to support the goals of environmental protection and a strong economy. Its members own and operate industrial facilities in Texas. The Group was formed from the Business Coalition for Clean Air. The Group played a key role in the successful attainment strategies that have achieved real and sustained progress on air quality goals in Texas. BCCA Appeal Group continues to evaluate and pursue regulatory decisions that are based on sound science and achieve environmental and air quality goals while maintaining a strong economy.

- Brookfield Asset Management Inc. (together with its affiliates and managed entities may own 10% or more of Vistra Corp.'s stock)
- Burdette, Courtney, Supervising Attorney, Legal Affairs Division, Louisiana Department of Environmental Quality (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Burke Law Group, P.L.L.C. (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Coleto Creek Power, LLC (Petitioner)
- Cole, William F., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Davis, Bill, Deputy Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Ennis Power Company, LLC (Petitioner)
- Garland, Merrick B., Attorney General, United States Department of Justice (Counsel for Respondents)
- Gettle, Jeaneanne (Acting Region 4 Administrator for Respondent United States Environmental Protection Agency)

- Gidiere, P. Stephen III (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Hall, Jeffrey A. (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Hays Energy, LLC (Petitioner)

- Kelly, Daniel J. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Senior Vice President and Deputy General Counsel for Vistra Corp.)

- Kim, Todd, Assistant Attorney General, Environment and Natural Resources Division, United States Department of Justice (Counsel for Respondents)

- Kolman, Chloe H., Senior Attorney, Environmental Defense Section, United States Department of Justice (Counsel for Respondents)

- Kuryla, Matthew L. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)

- Louisiana Department of Environmental Quality (Petitioner)

- Luminant Generation Company LLC (Petitioner)

- Matheny, Justin L., Deputy Solicitor General, Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Midlothian Energy, LLC (Petitioner)

- Mississippi Department of Environmental Quality (Petitioner)

- Mississippi Power Company (Petitioner)

- Mitchell, David W. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC,

iv

- Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Senior Counsel, Environmental for Vistra Corp.)
- Moore, C. Grady III (Counsel for Mississippi Power Company)
- Moore, Stephanie Zapata (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Executive Vice President and General Counsel for Vistra Corp.)
- Murrill, Elizabeth B., Assistant Attorney General, Office of the Attorney General for the State of Louisiana (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Oak Grove Management Company LLC (Petitioner)
- Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality)
- Pettit, Lanora C., Principal Deputy Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Prieto, Jeffrey M. (General Counsel for Respondent United States Environmental Protection Agency)
- Public Utility Commission of Texas (Petitioner)
- Railroad Commission of Texas (Petitioner)
- Regan, Michael S., Administrator, United States Environmental Protection Agency (Respondent)
- Scott, John, Provisional Attorney General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Shurden, Shawn (Counsel for Petitioner Mississippi Power Company)

- Southern Company (Parent Company of Petitioner Mississippi Power Company)
- St. John, Joseph S., Deputy Solicitor General, Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- State of Louisiana (Petitioner)
- State of Mississippi (Petitioner)
- State of Texas (Petitioner)
- Streett, Aaron M. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)
- Stutts, Susan Scaggs (Counsel for Mississippi Power Company)
- Texas Chemical Council (Petitioner)

    The Texas Chemical Council ("TCC") represents approximately 70 companies who own or operate more than 200 manufacturing and research facilities across the state of Texas. Its members have invested more than $150 billion in physical assets in the state, directly employ more than 75,000 Texans, and indirectly employ over 500,000 Texans. The Texas chemical industry represents the #1 non-energy Texas export with over $45 billion in exports annually and pays more than $1.5 billion in state and local taxes each year.

- Texas Commission on Environmental Quality (Petitioner)
- Texas Oil & Gas Association (Petitioner)

    The Texas Oil & Gas Association ("TXOGA") is a statewide trade association representing every facet of the Texas oil and gas industry including small independents and major producers. Collectively, the membership of TXOGA produces in excess of 80 percent of Texas' crude oil and natural gas, operates over 80 percent of the state's refining capacity, and is responsible for the vast majority of the state's pipelines. In fiscal year 2022, the oil and natural gas industry supported 443,000 direct jobs and

- paid $24.7 billion in state and local taxes and state royalties, funding our state's schools, roads and first responders.

- The Vanguard Group, Inc. (together with its affiliates and managed entities may own 10% or more of Vistra Corp.'s stock)

- United States Environmental Protection Agency (Respondent)

- Vistra Asset Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Corp. (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Intermediate Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Operations Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Webster, Brent, First Assistant Attorney General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Wise County Power Company, LLC (Petitioner)

Respectfully submitted,

*/s/ C. Grady Moore III*
*Counsel for Petitioner Mississippi Power Company*

Case: 23-60300 Document: 50 Page: 10 Date Filed: 06/30/2023

## Mississippi Petitioners' Joint Motion to Stay Respondents' Final Action, Confirm Venue, and Hold Case In Abeyance

The Texas Petitioners in this case have moved to stay Respondents' final action promulgating a federal implementation plan for the State of Texas, to confirm venue for Texas Petitioners' challenges to that final action lie in this Court, and to hold this case in abeyance pending resolution of case No. 23-60069. *See* Doc. 37-1. The considerations justifying Texas Petitioners' motion apply with equal force to Mississippi Petitioners' consolidated challenges. Accordingly, Mississippi Petitioners move this Court for the same relief sought by the Texas Petitioners, but as applied to Respondents' federal implementation plan for the State of Mississippi and Mississippi Petitioners' challenges to that plan. In support of this motion, Mississippi Petitioners show as follows:

1. Mississippi submitted its state implementation plan, which was specific to Mississippi's emissions, meteorology, and policy judgments. *See Texas v. EPA*, No. 23-60069, Order, Doc. 269-1 at 10-12; *see also Texas v. EPA*, No. 23-60069, Smith Decl., Doc. 304-2 at ¶ 7. EPA disapproved that state plan, rejecting Mississippi's state-specific analysis. *See* Order at 10-12; *see also Texas*

*v. EPA*, No. 23-60069, Wells Decl., Doc. 304-3 at ¶ 14. EPA now has promulgated a federal implementation plan for Mississippi applicable to Mississippi emission sources. *See* EPA, *Federal "Good Neighbor Plan,"* 88 Fed. Reg. 36,654, 36,891-92 (June 5, 2023) (amending 40 CFR Part 52, Subpart Z—Mississippi).

2. While Mississippi's state plan, EPA's disapproval of it, and EPA's federal plan are state-specific, Mississippi shares the same interests as Texas in justifying a stay, confirming venue, and, then, abating this consolidated case. Specifically:

   a. As it has with respect to Respondents' action on the Texas state plan, this Court has stayed Respondents' disapproval of Mississippi's state plan. *Compare* Doc. 37-1 at 7-9 *with Texas v. EPA*, No. 23-60069, Order, Doc. 359-2 at 2.

   b. Like it has for Texas, EPA has promulgated a federal plan specific to Mississippi emissions sources, and so a challenge to that plan is appropriate in this Court. *Compare* Doc. 37-1 at 12-18 *with* 88 Fed.

Reg. 36,654, 36,891-92 (June 5, 2023) (amending 40 C.F.R. § 52.1284(a) to add the federal plan for Mississippi).

c. Respondents have recognized that this Court's stay of Respondents' disapproval of a state's plan removes Respondents' legal authority to issue a federal plan for that state. Joseph Goffman, *Notice of Forthcoming EPA Action to Address Judicial Stay Orders*, (June 1, 2023). However, Respondents have made only vague and inadequate promises with respect to ensuring relief from the federal plan for Mississippi in light of the stay. *See Texas v. EPA*, No. 23-60069, Respondents' Extension Reply, Doc. 381 at 4-5 & n.1 (noting that EPA "will include Mississippi" in EPA's unspecified "forthcoming administrative-stay action"). As a result, a stay of the federal plan for Mississippi by this Court is warranted. *See* Doc. 37-1 at 9-12.

d. Like with Texas, imposition of a federal plan on Mississippi will cause irreparable harm to the State, its citizens, and its businesses, as this Court has already acknowledged by staying Respondents' disapproval of Mississippi's state plan. *See Texas v. EPA*, No. 23-

3

60069, Docs. 304-2, 304-3, 359-2. Likewise, a stay of the federal Mississippi plan would be in the public interest as well.

e. And like with Texas's challenge, after a stay is issued and venue confirmed, the challenges to Mississippi's federal plan should be held in abeyance pending resolution of the challenges to the disapproval of Mississippi's state plan consolidated in case No. 23-60069. *See* Doc. 37-1 at 18-19.

3. Thus, for reasons parallel to those offered by the Texas Petitioners with respect to their challenges to the federal implementation plan for Texas, this Court should stay EPA's promulgation of a federal implementation plan for Mississippi, confirm that venue for these challenges to the federal plan for Mississippi are appropriate in this Court, and then hold these challenges in abeyance pending resolution of case No. 23-60069.

Respectfully submitted,

/s/ C. G. Moore III                             /s/ Justin L. Matheny

**C. Grady Moore III**                  **Lynn Fitch**
BALCH & BINGHAM LLP                  *Attorney General of Mississippi*
1901 6th Ave. N., Ste. 1500          **Whitney H. Lipscomb**
Birmingham, Alabama 35203            *Deputy Attorney General*

(205) 251-8100
gmoore@balch.com

**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Mississippi Power Company*

**Justin L. Matheny**
 *Deputy Solicitor General*
STATE OF MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi and Mississippi Department of Environmental Quality*

## CERTIFICATE OF CONFERENCE

Counsel for Mississippi Petitioners conferred with counsel for all other parties. The Respondents reserve their position on, and right to respond to, the motion. The other Petitioners take no position.

/s/ *Justin L. Matheny*
Justin L. Matheny

## CERTIFICATE OF SERVICE

On June 30, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Justin L. Matheny*
Justin L. Matheny

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 658 words, excluding the parts of the motion exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word (the same program used to calculate the word count).

*/s/ Justin L. Matheny*
Justin L. Matheny
