# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60300    State of Texas v. EPA
                       Agency No. 88 Fed. Reg. 36654

Enclosed is an order entered in this case.

Respondents' response to the motions filed by the Texas Petitioners and Mississippi Petitioners will be due for filing by July 10, 2023.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Allison G. Lopez, Deputy Clerk
                         504-310-7702

Mr. Michael Abrams
Ms. Courtney Burdette
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Philip Stephen Gidiere III
Mr. Jeffrey Aaron Hall
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. Justin Lee Matheny
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett