# United States Court of Appeals for the Fifth Circuit

———

No. 23-60300

———

State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; Railroad Commission of Texas; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; State of Louisiana; Louisiana Department of Environmental Quality; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

———

Petition for Review from an Order of the Environmental Protection Admin Agency No. 88 Fed. Reg. 36654

———

No. 23-60300

ORDER:

IT IS ORDERED that Respondents' unopposed motion for an extension of time to file a response to the Texas Petitioners' motion for stay pending review, etc. filed in this case is GRANTED. The Office of the Clerk will set a new date for the response at the direction of the Court.

*Leslie H. Southwick*

_____
LESLIE H. SOUTHWICK
*United States Circuit Judge*