# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Defendant*. | Case No. 23-60300 |

## MOVANT-INTERVENORS' MOTION FOR EXTENSION OF TIME TO RESPOND TO TEXAS PETITIONERS' MOTION TO STAY, CONFIRM VENUE, AND HOLD THE CASE IN ABEYANCE

On July 3, 2023, this Court granted Respondents' unopposed motion to extend the deadline until July 10, 2023, for it to respond to Texas Petitioners' motion to stay, confirm venue, and hold this case in abeyance. ECF No. 52-2. Air Alliance Houston, Clean Wisconsin, Downwinders at Risk, Louisiana Environmental Action Network, and Sierra Club subsequently sought leave to intervene and hereby respectfully seek a consistent extension of time to July 10, 2023, so that they may file a consolidated response to both Texas and Mississippi Petitioners' motions to stay, confirm venue, and hold this case in abeyance. *See* Fed. R. App. P. 26(b), 27.

A single round of briefing with a single, consolidated response from Movant-Intervenors, on the same timeline as Respondents' response, that addresses

1

the arguments presented in both motions will promote efficiency in this matter. Further, no party will be prejudiced by this short extension because, in addition to the reasons identified in EPA's unopposed motion, ECF No. 46 at 3, this Court has already granted Respondents an extension to July 10, 2023. Accordingly, Movant-Intervenors hereby move for an extension of time to July 10, 2023, to file a consolidated response to Texas and Mississippi Petitioners' motions. In the event that any other petitioner files a similar motion within that ten-day response period, Movant-Intervenors request that the Court reset the deadline for Movant-Intervenors' consolidated response to align with the deadline in that last-filed motion, consistent with Respondents' request and the reasoning above.

Respondents have no objection to this motion. Texas Petitioners reserve their right to respond after seeing this motion. The remaining Petitioners did not respond to a request for their position.

DATED: July 5, 2023

Respectfully submitted,

*/s/ Shaun A. Goho*
Shaun A. Goho
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us

*Counsel for Clean Wisconsin*

*/s/ Joshua D. Smith*
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560
415-977-5704
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
650-388-8446
zachary.fabish@sierraclub.org

*Counsel for Sierra Club*


*/s/ Kathleen L. Riley*
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G St. NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

*Counsel for Air Alliance Houston, Downwinders at Risk, Louisiana Environmental Action Network, and Sierra Club*

3

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 296 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

Dated: July 5, 2023  */s/ Shaun A. Goho*
Shaun A. Goho

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated: July 5, 2023  */s/ Shaun A. Goho*
Shaun A. Goho