# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60300   State of Texas v. EPA
                     USDC No. 88 Fed. Reg. 36654

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Allison G. Lopez, Deputy Clerk
                      504-310-7702

Mr. Michael Abrams
Ms. Courtney Burdette
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Zachary Max Fabish
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Jeffrey Aaron Hall
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. Justin Lee Matheny
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Ms. Kathleen Lea Riley
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett