# United States Court of Appeals for the Fifth Circuit

---

No. 23-60300

---

State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; Railroad Commission of Texas; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; State of Louisiana; Louisiana Department of Environmental Quality; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 88 Fed. Reg. 36654

---

No. 23-60300

ORDER:

IT IS ORDERED that the motion of Air Alliance Houston, Clean Wisconsin, Downwinders at Risk, Louisiana Environmental Action Network and Sierra Club for leave to intervene on behalf of Respondents is GRANTED.

IT IS FURTHER ORDERED that the motion of Air Alliance Houston, Clean Wisconsin, Downwinders at Risk, Louisiana Environmental Action Network and Sierra Club to extend the time for filing a consolidated response to the Texas and Mississippi Petitioners' motions for stay, etc., until July 10, 2023, is GRANTED.

*Leslie H. Southwick*

_____
LESLIE H. SOUTHWICK
*United States Circuit Judge*