# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).***

**Fifth Cir. Case NO.** 23-60300

Texas vs. EPA
(Short Title)

The Clerk will enter my appearance as Counsel for Sierra Club

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☐ Appellant(s)  ☐ Appellee(s)  ☒ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

Zachary M. Fabish          zachary.fabish@sierraclub.org
(Signature)                (e-mail address)

Zachary M. Fabish          Texas / 24133057
(Type or print name)       (State/Bar No.)

_____
(Title, if any)

Sierra Club
(Firm or Organization)

Address 50 F Street NW, 8th Floor

City & State Washington, DC                Zip 20001

Primary Tel. (650) 388 8446    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Shaun Goho

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
 (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
   ☒ Yes   ☐ No
 (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☐ Yes   ☒ No
 (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes   ☒ No
 (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case N/A

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Texas et al. v. EPA, No. 23-60069 (5th Cir.); please also see attached.

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**               DKT-5A REVISED June 2023

## Addendum to Notice of Appearance for Zachary M. Fabish, Texas et al. v. U.S. EPA, No. 23-60300 (5th Cir.)

In accordance with Fifth Circuit Rule 46.3, the following related cases, each involving the same final U.S. EPA action, *Federal ''Good Neighbor Plan'' for the 2015 Ozone National Ambient Air Quality Standards*, 88 Fed. Reg. 36,654 (June 5, 2023), are pending in other United States Courts of Appeal:

1) Utah v. EPA, No. 23-1157 (DC Cir.)
2) Nevada Cement Company LLC v. EPA, No. 23-1098 (9th Cir.)
3) Tulsa Cement LLC v. EPA, No. 23-9551 (10th Cir.)
4) Pacificorp et al. v. EPA, No. 23-9557 (10th Cir.)
5) Oklahoma et al. v. EPA, No. 23-9561 (10th Cir.)