No. 23-60300

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,**

Petitioners,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,**

Respondents.

**TEXAS PETITIONERS' APPENDIX OF EXHIBITS TO ITS REPLY IN SUPPORT OF MOTION TO STAY RESPONDENTS' FINAL ACTION, CONFIRM VENUE, AND HOLD CASE IN ABEYANCE**

**July 17, 2023**

# LIST OF EXHIBITS IN APPENDIX

**Exhibit**  **Page Number in Appendix**

1. Order, *Nev. Cement Co. v. EPA*, No. 23-682 (9th Cir. July 3, 2023) ................................................................................................... A-1

2. Petition for Review, *Utah v. EPA*, No. 23-1157 (D.C. Cir. June 20, 2023) ..................................................................................... A-4

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 17th day of July, 2023. The undersigned counsel also certifies that, pursuant to paragraph A(6) of this Court's ECF Filing Standards, (1) any required privacy redactions have been made in compliance with 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

s/ P. Stephen Gidiere III<br>
*Counsel for Luminant Petitioners*

# Exhibit 1: Order, *Nev. Cement Co. v. EPA*, No. 23-682 (9th Cir. July 3, 2023)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEVADA CEMENT COMPANY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator of the United States Environmental Protection Agency,<br><br>Respondents,<br><br>----------------------------------------<br><br>STATE OF NEVADA,<br><br>Intervenor. | No. 23-682<br><br>EPA–HQ–OAR–2021–0663<br>Environmental Protection Agency<br><br>ORDER |

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

Petitioner Nevada Cement Company petitions under the Clean Air Act for review of the EPA's February 13, 2023 final rule, which disapproved state implementation plans submitted by 21 states, including the State of Nevada.

The motion by the State of Nevada to intervene in this petition (Docket Entry No. 10) is granted. The Clerk will amend the docket to reflect this status.

The motion to transfer this petition to the United States Court of Appeals for the District of Columbia Circuit, or in the alternative to dismiss the petition for improper venue (Docket Entry Nos. 8, 16), is referred to the panel that will decide the merits of this petition.

Petitioner's motion to stay the final rule as to the disapproval of Nevada's state implementation plan pending review of this petition on the merits (Docket Entry No. 9) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal). Petitioner demonstrates a sufficient likelihood of success on the merits of its arguments that the EPA exceeded its statutory authority and acted arbitrarily and capriciously. *See* 5 U.S.C. § 706(2); *Sierra Club v. EPA*, 671 F.3d 955, 963, 968 (9th Cir. 2012) (holding that EPA action was arbitrary and capricious where agency relied on one data set over another without providing adequate explanation for its choice); *Sierra Club v. EPA*, 356 F.3d 296, 308 (D.C. Cir. 2004).

Petitioner also demonstrates a sufficient probability of irreparable harm if the disapproval of Nevada's plan is not stayed. *See California v. Azar*, 911 F.3d 558, 581 (9th Cir. 2018) (observing that economic harm is irreparable where monetary damages are not recoverable); *Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1057-59 (9th Cir. 2009).

Petitioner's opening brief is due August 4, 2023. Intervenor's brief is due August 18, 2023. Respondents' answering brief is due September 18, 2023. Petitioner's optional reply brief is due 28 days after service of respondents' brief. Intervenor's optional reply brief is due 42 days after service of respondents' brief.

The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to this petition.

# Exhibit 2: Petition for Review, *Utah v. EPA*, No. 23-1157 (D.C. Cir. June 20, 2023)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, U.S. EPA,<br><br>Respondents. | Case No. __23-1157__ |

**PETITION FOR REVIEW**

Pursuant to Clean Air Act Section 307(b)(1), 42 U.S.C. § 7607(b)(1), the Administrative Procedure Act, 5 U.S.C. § 702, Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Rule 15, the State of Utah hereby petitions this Court for review of Respondent United States Environmental Protection Agency's ("EPA") and Administrator Michael S. Regan's final action promulgating a federal implementation plan for Utah to address the interstate transport requirements of 42 U.S.C.

§ 7410(a)(2)(D)(i)(I) for the 2015 8-hour ozone national ambient air quality standards.

EPA's final action is titled "Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality," and is published in the Federal Register at 88 Fed. Reg. 36,654 (June 5, 2023) (EPA Docket No. EPA-HQ-OAR-2021-0668). A copy of EPA's final rule is attached to this Petition.

This Court has jurisdiction over this Petition under 42 U.S.C. § 7607(b)(1). In the interest of expediting consideration of this challenge and to avoid any delay that likely would be caused by disputes over venue in the regional circuits, Utah acquiesces to venue in this Court. *Tex. Mun. Power Agency v. EPA*, 89 F.3d 858, 867 (D.C. Cir. 1996) ("§ 307(b)(1) is a venue provision, the application of which can be waived").

Dated: June 20, 2023.

Respectfully submitted,

_____
MELISSA A. HOLYOAK

Sean D. Reyes
  ATTORNEY GENERAL OF UTAH
Melissa A. Holyoak
  SOLICITOR GENERAL
  *Counsel of Record*
Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114-2320
Ph. 901-538-9600
melissaholyoak@agutah.gov

William L. Wehrum
WEHRUM ENVIRONMENTAL LAW LLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
Ph. 302-300-0388
William_Wehrum@comcast.net

Emily C. Schilling
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com

Kristina (Tina) R. Van Bockern
Aaron B. Tucker
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8107 / Fax 720-545-9952

3

trvanbockern@hollandhart.com  
abtucker@hollandhart.com

*Counsel for Petitioner State of Utah*

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Petition for Review to be served by U.S. Mail, postage prepaid, addressed to the following:

Hon. Michael S. Regan
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Hon. Merrick Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Office of General Counsel (2310A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Dated: June 20, 2023

                                                   Melissa A. Holyoak