No. 23-60300

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

**MISSISSIPPI PETITIONERS' JOINT REPLY IN SUPPORT OF ITS MOTION TO STAY RESPONDENTS' FINAL ACTION, CONFIRM VENUE, AND HOLD CASE IN ABEYANCE**

**C. Grady Moore III**
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Petitioner Mississippi Power Company*

**Lynn Fitch**
  *Attorney General of Mississippi*
**Whitney H. Lipscomb**
  *Deputy Attorney General*
**Justin L. Matheny**
  *Deputy Solicitor General*
STATE OF MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality*

CERTIFICATES OF INTERESTED PERSONS

No. 23-60300

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*.

Under Circuit Rule 28.2.1, Petitioners State of Mississippi and Mississippi Department of Environmental Quality need not furnish a certificate of interested persons because they are governmental parties.

/s/ *Justin L. Matheny*
*Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality*

The undersigned counsel of record for Mississippi Power Company certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

- Abrams, Michael R., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Air Alliance Houston (Intervenor)
- Association of Electric Companies of Texas (Petitioner)

  The Association of Electric Companies of Texas ("AECT") represents electric generators, transmission & distribution utilities, fully-integrated utilities and retail electric providers that span Texas. Its members generate power from diverse resources, including natural gas, coal, wind and solar, plus investments in energy storage.

- Balch & Bingham LLP (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)
- Baker Botts L.L.P. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)
- Barber, Julia B. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)
- BCCA Appeal Group (Petitioner)

BCCA Appeal Group is a Texas non-profit corporation whose mission is to support the goals of environmental protection and a strong economy. Its members own and operate industrial facilities in Texas. The Group was formed from the Business Coalition for Clean Air. The Group played a key role in the successful attainment strategies that have achieved real and sustained progress on air quality goals in Texas. BCCA Appeal Group continues to evaluate and pursue regulatory decisions that are based on sound science and achieve environmental and air quality goals while maintaining a strong economy.

- Brody, Elizabeth A. (Counsel for Amicus Curiae New York, Connecticut, Delaware, Illinois, Maryland, New Jersey, the District of Columbia, and Harris County, Texas)
- Brookfield Asset Management Inc. (together with its affiliates and managed entities may own 10% or more of Vistra Corp.'s stock)
- Burdette, Courtney, Supervising Attorney, Legal Affairs Division, Louisiana Department of Environmental Quality (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Burke Law Group, P.L.L.C. (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Carter, Elizabeth H. (Counsel for Respondent United States Environmental Protection Agency)
- Clean Air Task Force (Counsel for Intervenor Clean Wisconsin)
- Clean Wisconsin (Intervenor)
- Coleto Creek Power, LLC (Petitioner)
- Cole, William F., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Davis, Bill, Deputy Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas

Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- District of Columbia (Amicus Curiae)

- Downwinders at Risk (Intervenor)

- Earthjustice (Counsel for Intervenors Air Alliance Houston, Downwinders at Risk, Louisiana Environmental Action Network, and Sierra Club)

- Ennis, Bradley A. (Counsel for Petitioner Mississippi Power Company)

- Ennis Power Company, LLC (Petitioner)

- Fabish, Zachary M. (Counsel for Intervenor Sierra Club)

- Garland, Merrick B., Attorney General, United States Department of Justice (Counsel for Respondents)

- Gettle, Jeaneanne (Acting Region 4 Administrator for Respondent United States Environmental Protection Agency)

- Gidiere, P. Stephen III (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Goho, Shaun A. (Counsel for Intervenor Clean Wisconsin)

- Hall, Jeffrey A. (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Harris County, Texas (Amicus Curiae)

- Hays Energy, LLC (Petitioner)

- Johnson, Seth L. (Counsel for Intervenors Air Alliance Houston, Downwinders at Risk, Louisiana Environmental Action Network, and Sierra Club)

- Kelly, Daniel J. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management

Company LLC, and Wise County Power Company, LLC and Senior Vice President and Deputy General Counsel for Vistra Corp.)

- Kim, Todd, Assistant Attorney General, Environment and Natural Resources Division, United States Department of Justice (Counsel for Respondents)
- Kolman, Chloe H., Senior Attorney, Environmental Defense Section, United States Department of Justice (Counsel for Respondents)
- Kuryla, Matthew L. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)
- Louisiana Department of Environmental Quality (Petitioner)
- Louisiana Environmental Action Network (Intervenor)
- Luminant Generation Company LLC (Petitioner)
- Matheny, Justin L., Deputy Solicitor General, Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)
- Midlothian Energy, LLC (Petitioner)
- Mississippi Department of Environmental Quality (Petitioner)
- Mississippi Power Company (Petitioner)
- Mitchell, David W. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Senior Counsel, Environmental for Vistra Corp.)
- Moore, C. Grady III (Counsel for Mississippi Power Company)
- Moore, Stephanie Zapata (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Executive Vice President and General Counsel for Vistra Corp.)

- Murrill, Elizabeth B., Assistant Attorney General, Office of the Attorney General for the State of Louisiana (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- Oak Grove Management Company LLC (Petitioner)
- Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality)
- Pettit, Lanora C., Principal Deputy Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Prieto, Jeffrey M. (General Counsel for Respondent United States Environmental Protection Agency)
- Public Utility Commission of Texas (Petitioner)
- Railroad Commission of Texas (Petitioner)
- Regan, Michael S., Administrator, United States Environmental Protection Agency (Respondent)
- Riley, Kathleen L. (Counsel for Intervenors Air Alliance Houston, Downwinders at Risk, Louisiana Environmental Action Network, and Sierra Club)
- Scott, John, Provisional Attorney General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)
- Shurden, Shawn (Counsel for Petitioner Mississippi Power Company)
- Sierra Club (Intervenor)
- Smith, Joshua Douglas (Counsel for Intervenor Sierra Club)
- Southern Company (Parent Company of Petitioner Mississippi Power Company)

- St. John, Joseph S., Deputy Solicitor General, Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)
- State of Connecticut (Amicus Curiae)
- State of Delaware (Amicus Curiae)
- State of Illinois (Amicus Curiae)
- State of Louisiana (Petitioner)
- State of Maryland (Amicus Curiae)
- State of Mississippi (Petitioner)
- State of New Jersey (Amicus Curiae)
- State of New York (Amicus Curiae)
- State of Texas (Petitioner)
- Streett, Aaron M. (Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association)
- Stutts, Susan Scaggs (Counsel for Mississippi Power Company)
- Texas Chemical Council (Petitioner)

  The Texas Chemical Council ("TCC") represents approximately 70 companies who own or operate more than 200 manufacturing and research facilities across the state of Texas. Its members have invested more than $150 billion in physical assets in the state, directly employ more than 75,000 Texans, and indirectly employ over 500,000 Texans. The Texas chemical industry represents the #1 non-energy Texas export with over $45 billion in exports annually and pays more than $1.5 billion in state and local taxes each year.

- Texas Commission on Environmental Quality (Petitioner)
- Texas Oil & Gas Association (Petitioner)

  The Texas Oil & Gas Association ("TXOGA") is a statewide trade association representing every facet of the Texas oil and gas industry

including small independents and major producers. Collectively, the membership of TXOGA produces in excess of 80 percent of Texas' crude oil and natural gas, operates over 80 percent of the state's refining capacity, and is responsible for the vast majority of the state's pipelines. In fiscal year 2022, the oil and natural gas industry supported 443,000 direct jobs and paid $24.7 billion in state and local taxes and state royalties, funding our state's schools, roads and first responders.

- The Vanguard Group, Inc. (together with its affiliates and managed entities may own 10% or more of Vistra Corp.'s stock)

- United States Environmental Protection Agency (Respondent)

- Vistra Asset Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Corp. (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Intermediate Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Operations Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Webster, Brent, First Assistant Attorney General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas,

Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Wise County Power Company, LLC (Petitioner)

    Respectfully submitted,

    */s/ C. Grady Moore III*
    *Counsel for Petitioner Mississippi Power Company*

## Mississippi Petitioners' Joint Reply in Support of Its Motion to Stay Respondents' Final Action, Confirm Venue, and Hold Case In Abeyance

On June 30, 2023, Mississippi Petitioners filed a joint motion to stay, confirm venue, and hold this case in abeyance while the related case (*Texas v. EPA*, Case No. 23-60069, "Mississippi SIP Case") regarding EPA's disapproval of Mississippi's State Implementation Plan ("SIP") is pending. In its Response, the EPA agreed with Mississippi that this case should be held in abeyance pending the related litigation, but argues that a stay and a confirmation of venue are inappropriate at this time. *See* EPA Response, Doc. 74-1. EPA relies largely on an interim rule that it published on June 29, 2023. *See* EPA, *Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards; Response to Judicial Stays of SIP Disapproval Action for Certain States* (June 29, 2023) (the "Interim Rule"). Mississippi Petitioners do not agree that the Interim Rule eliminates the need for a stay or for confirmation of venue here. To that end, Mississippi Petitioners seek the same relief sought by the Texas Petitioners, but as applied to Respondents' Federal Implementation Plan ("FIP") for Mississippi. Many of the arguments

made in the Texas Petitioners' Reply to Respondents' Combined Response apply to EPA's FIP for Mississippi and to Mississippi Petitioners' challenge here. In support of this Reply, Mississippi Petitioners show as follows:

1. The EPA's Interim Rule addresses the judicial stays entered in the Mississippi SIP Case and other similar cases by attempting to reestablish some aspects of prior trading groups that were in place before EPA's issuance of the FIP for Mississippi. *See* Interim Rule at 10. However, EPA states in its Interim Rule that it must engage in a future rulemaking concerning the FIP for Mississippi after courts reach final determinations in the cases challenging EPA's disapproval of various state SIPs. *See id.* at 11-12. This future rulemaking is undefined but is necessary in order for Mississippi Petitioners to have complete relief afforded by this Court's stay. For example, EPA has not made clear how EPA would address the tolling of FIP requirements for Mississippi during the period that the Interim Rule is in place. Further, the Interim Rule is subject to comment and future amendment and to legal challenges. *See id* at 2*.* Because of these

uncertainties, a stay by this Court of the FIP as applied to Mississippi is still warranted.

2. Additionally, EPA argues that a stay in this case would be duplicative because a stay has already been issued in the Mississippi SIP case. *See* EPA Response, Doc. 74-1. As noted above, Mississippi Petitioners disagree, given that EPA admits future action on the FIP for Mississippi is necessary to effectuate this Court's stay in the SIP Case. Regardless, if it is EPA's position that the requested stay would only parallel the relief granted by the stay in the Mississippi SIP case, then EPA should not be opposed to this Court granting a stay here.

3. Venue is proper in the Fifth Circuit, and this Court should affirm venue at this time. The FIP for Mississippi was applicable to Mississippi because of EPA's action to disapprove Mississippi's SIP—an action that this Court ruled was "locally or regionally applicable." *See* Mississippi SIP Case, Doc. 269-1. EPA's action to make Mississippi subject to the FIP is based on the same analysis of state-specific data and factors and is thus also "locally or regionally applicable" and properly challenged in this Court. EPA argues

that a decision on venue should be delayed (EPA Response, Doc. 74-1); however, such a delay would cause uncertainty and could contribute to inefficiencies if the Interim Rule is challenged in a different forum and the court hearing that challenge is asked to confirm venue for all challenges to the FIP. This type of uncertainty is what the Mississippi Petitioners seek to avoid. Mississippi Petitioners have moved to confirm venue, and Respondents must respond now. To delay a decision as to venue only allows Respondents an additional opportunity to brief this issue—an issue that this Court will have already adequately considered.

4. For these reasons, and reasons parallel to those offered by the Texas Petitioners with respect to their challenges to the FIP for Texas in their Reply, this Court should stay EPA's promulgation of the FIP as it applies to Mississippi, tolling all obligations under the FIP for Mississippi during the time this stay is in effect, confirm that venue for this challenge is proper in this Court, and hold this challenge in abeyance until resolution of case No. 23-60069.

Respectfully submitted,

/s/ C. Grady Moore III

**C. Grady Moore III**
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Mississippi Power Company*

/s/ Justin L. Matheny

**Lynn Fitch**
  *Attorney General of Mississippi*
**Whitney H. Lipscomb**
  *Deputy Attorney General*
**Justin L. Matheny**
  *Deputy Solicitor General*
STATE OF MISSISSIPPI OFFICE OF THE
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi and Mississippi Department of Environmental Quality*

### CERTIFICATE OF SERVICE

On July 17, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ C. Grady Moore III*
C. Grady Moore III

### CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(C) because it contains 771 words, excluding the parts of the motion exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word (the same program used to calculate the word count).

/s/ *C. Grady Moore III*
C. Grady Moore III