# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60300   State of Texas v. EPA
                    Agency No. 88 Fed. Reg. 36654

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. Michael Abrams
Ms. Julia Blair Barber
Ms. Elizabeth A. Brody
Mr. Anthony Brown
Ms. Courtney Burdette
Ms. Elisabeth Carter
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Bradley Aaron Ennis
Mr. Zachary Max Fabish
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Jeffrey Aaron Hall
Ms. Kathleen Jennings
Mr. Seth L. Johnson
Mr. Todd Sunhwae Kim
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. Justin Lee Matheny
Mr. Christian Menefee
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Matthew J. Platkin
Mr. Jeffrey Prieto

Mr. Kwame Raoul
Mr. Michael S. Regan
Ms. Kathleen Lea Riley
Mr. Brian Schwalb
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. William Tong