# United States Court of Appeals for the Fifth Circuit

---

No. 23-60300

---

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 88 Fed. Reg. 36654

---

No. 23-60300

## UNPUBLISHED ORDER

Before CLEMENT, SOUTHWICK, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the Louisiana Petitioners' opposed motion for stay of the order sought to be reviewed is DENIED as unnecessary.

IT IS FURTHER ORDERED that the Louisiana Petitioners' opposed motion for confirmation of venue is DENIED as unnecessary.

IT IS FURTHER ORDERED that the Louisiana Petitioners' unopposed motion to stay further proceedings in this case pending resolution of case no. 23-60069 – *State of Texas v. EPA* is GRANTED.