No. 23-60300
# In the United States Court of Appeals for the Fifth Circuit

State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; Railroad Commission of Texas; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; State of Louisiana; Louisiana Department of Environmental Quality; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; Texas Lehigh Cement Company, L.P.; Louisiana Public Service Commission; Energy Transfer, L.P.; Entergy Louisiana, L.L.C.; Cleco Corporate Holdings, L.L.C.; Louisiana Energy & Power Authority; Lafayette Consolidated Government/Lafayette Utilities System; Louisiana Chemical Association; Louisiana Mid-Continent Oil and Gas Association; Kinder Morgan, Incorporated,

*Petitioner*,

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,

*Respondents*.

## Motion to Withdraw Joseph Scott St. John as Counsel

The State of Louisiana and the Louisiana Department of Environmental Quality respectfully move the Court for an order withdrawing Joseph Scott St. John (La. Bar No. 38862) as counsel in this case. "Good cause" exists for his withdrawal because Mr. St. John is

leaving his employment with the Louisiana Department of Justice.

The State of Louisiana and the Louisiana Department of Environmental Quality will continue to be represented by Louisiana Solicitor General J. Benjamin Aguiñaga with the Louisiana Department of Justice, Jeffrey Aaron Hall with Burke Law Group and Courtney Burdette of the Louisiana Department of Environmental Equality.

Dated: February 26, 2024

Respectfully submitted,

LIZ MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

OFFICE OF THE ATTORNEY GENERAL
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Telephone: 225-485-2458

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN
Deputy Solicitor General
stjohnj@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I certify that on February 26, 2024, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN

## CERTIFICATE OF COMPLIANCE

1.　　This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 98 words.

2.　　This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

<i>/s/ Joseph Scott St. John</i><br>
JOSEPH SCOTT ST. JOHN

Dated:　　February 26, 2024