# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 27, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60300   State of Texas v. EPA
                Agency No. 88 Fed. Reg. 36654

The court has taken the following action in this case:

The motion of attorney Joseph Scott St. John to withdraw as counsel for Petitioners Louisiana Department of Environmental Quality and State of Louisiana is GRANTED.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Allison G. Lopez, Deputy Clerk
        504-310-7702

Mr. Michael Abrams
Mr. Jorge Benjamin Aguinaga
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Elizabeth A. Brody
Mr. Anthony Brown
Ms. Courtney Burdette
Ms. Elisabeth Carter
Mr. William Francis Cole
Mr. Noel Joseph Darce
Mr. Bill L. Davis
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Zachary Max Fabish
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Jeffrey Aaron Hall
Mrs. Maureen Noonan Harbourt
Ms. Laura Diane Heusel
Ms. Kathleen Jennings
Ms. Debra Jezouit
Mr. Seth L. Johnson

Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Justin Lee Matheny
Mr. Christian Menefee
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Matthew J. Platkin
Mr. Jeffrey Prieto
Mr. Kwame Raoul
Mr. Michael S. Regan
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Brian Schwalb
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Joseph Scott St. John
Ms. Catherine Emily Stetson
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim
Mr. William Tong