NO. 23-60300

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

*Respondents.*

## MOTION TO WITHDRAW EVAN P. LESTELLE
## AS COUNSEL

The Louisiana Public Service Commission (the "Louisiana Commission"), petitioner, respectfully moves for an order withdrawing Evan P. Lestelle (La. Bar No. 39609) as additional counsel on behalf of the Louisiana Commission in this case, because he is leaving employment with law firm of Stone Pigman Walther Wittmann L.L.C. Daria B. Diaz, Noel J. Darce, Dana M. Shelton, and Justin A. Swaim of Stone Pigman will continue to represent the Louisiana Commission.

5457402v.1

Dated:  April 30, 2024

Respectfully submitted,

*/s/ Evan P. Lestelle*

Kathryn Bowman
Executive Counsel
Louisiana Public Service Commission
Galvez Building - 12th Floor
602 N. Fifth Street
Baton Rouge, Louisiana  70802
Telephone:  (225) 342-9888
Email: kathryn.bowman@la.gov

Noel J. Darce, La. Bar No. 1813
Dana M. Shelton, La. Bar No. 24643
Daria B. Diaz, La. Bar No. 17928
Justin A. Swaim, La. Bar No. 36693
Evan P. Lestelle, La. Bar No. 39609
  Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112-4042
Telephone:  (504) 581-3200
Email: ndarce@stonepigman.com
dshelton@stonepigman.com
ddiaz@stonepigman.com
jswaim@stonepigman.com
elestelle@stonepigman.com

*Counsel for the Louisiana Public Service Commission*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing motion to be served through the Court's CM/ECF system on all registered counsel of record on this 30th day of April, 2024.

*/s/ Evan P. Lestelle*
Evan P. Lestelle

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 79 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman.

Dated: April 30, 2024

*/s/ Evan P. Lestelle*
Evan P. Lestelle