# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60300   State of Texas v. EPA
                      USDC No. 88 Fed. Reg. 36654

The court has taken the following action in this case:

The court has granted the motion of attorney Maureen Harbourt to withdraw as counsel in the above case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

P.S. to All:  Attorney Lauren Rucinski will be lead counsel for Louisiana Chemical Association and Louisiana Mid-Continent Oil and Gas Association.

Mr. Jorge Benjamin Aguinaga
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Elizabeth A. Brody
Mr. Anthony Brown
Ms. Courtney Burdette
Ms. Elisabeth Carter
Mr. William Francis Cole
Mr. Noel Joseph Darce
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Zachary Max Fabish
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Jeffrey Aaron Hall
Ms. Laura Diane Heusel
Ms. Kathleen Jennings
Ms. Debra Jezouit
Mr. Seth L. Johnson

Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. C. Joshua Lee
Mr. Jonathan Mark Little
Mr. Justin Lee Matheny
Mr. Christian Menefee
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Matthew J. Platkin
Mr. Kwame Raoul
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Brian Schwalb
Ms. Dana Marie Shelton
Mr. Joshua Smith
Ms. Catherine Emily Stetson
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim
Mr. William Tong