No. 23-60300

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

**MOTION TO WITHDRAW SUSAN SCAGGS STUTTS AS COUNSEL**

Mississippi Power Company respectfully moves the Court for an Order withdrawing Susan Scaggs Stutts (MS Bar No. 105727) as counsel in this case. "Good cause" exists for her withdrawal as Ms. Stutts is leaving her employment with Balch & Bingham LLP. Mississippi Power Company will

continue to be represented by C. Grady Moore, III with Balch & Bingham and Shawn Shurden with Mississippi Power Company.

Dated: December 18, 2024

Respectfully submitted,

/s/ *Susan Scaggs Stutts*

**C. Grady Moore III**
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Mississippi Power Company*

# CERTIFICATE OF SERVICE

I certify that on December 18, 2024, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Susan Scaggs Stutts*
SUSAN SCAGGS STUTTS
