# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60300    State of Texas v. EPA
                   USDC No. 88 Fed. Reg. 36654

The court has taken the following action in this case:

The Motion of Susan Scaggs, to withdraw as counsel is GRANTED.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Mr. Jorge Benjamin Aguinaga
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Elizabeth A. Brody
Mr. Anthony Brown
Ms. Courtney Burdette
Ms. Elisabeth Carter
Mr. William Francis Cole
Mr. Noel Joseph Darce
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Zachary Max Fabish
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Jeffrey Aaron Hall
Ms. Laura Diane Heusel
Ms. Kathleen Jennings
Ms. Debra Jezouit
Mr. Seth L. Johnson
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Ms. Chloe H. Kolman
Mr. Matthew Lynn Kuryla
Mr. C. Joshua Lee
Mr. Jonathan Mark Little
Mr. Justin Lee Matheny

Mr. Christian Menefee
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Matthew J. Platkin
Mr. Jeffrey Prieto
Mr. Kwame Raoul
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Brian Schwalb
Ms. Dana Marie Shelton
Mr. Joshua Smith
Ms. Catherine Emily Stetson
Mr. Aaron Michael Streett
Mr. Justin A. Swaim
Mr. William Tong