**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

|  |  |  |
|---|---|---|
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 23-60300, and |
| | ) | consolidated cases |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____)

**MOTION TO WITHDRAW CHLOE H. KOLMAN AS COUNSEL**

Respondents the United States Environmental Protection Agency and

Michael S. Regan, Administrator, respectfully move the Court for an order

withdrawing the appearance of Chloe H. Kolman as Respondents' counsel in the

above-captioned consolidated cases. "Good cause" exists as Ms. Kolman is

leaving her employment with the U.S. Department of Justice. Respondents will

continue to be represented by Elisabeth Carter.

DATED: January 2, 2025          Respectfully submitted,

                                TODD KIM
                                Assistant Attorney General

                                _/s/ Chloe H. Kolman_____

CHLOE H. KOLMAN
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277
chloe.kolman@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify pursuant to Fed. R. App. P. 32(f) and (g) that this motion contains 59 words, excluding exempted portions, according to the count of Microsoft Word, and that this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A).

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit this 2nd day of January, 2025, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN