# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2026

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Julia Blair Barber
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Megan Heuberger Berge
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000

Ms. Courtney Burdette
Louisiana Department of Environmental Quality
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Noel Joseph Darce
Fishman Haygood, L.L.P.
201 Saint Charles Avenue
46th Floor
New Orleans, LA 70170

Ms. Daria Burgess Diaz
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street
Suite 3150
New Orleans, LA 70112

Mr. Bradley Aaron Ennis
Balch & Bingham, L.L.P.
1310 25th Avenue
Gulfport, MS 39501


Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203


Ms. Laura Diane Heusel
Butler Snow, L.L.P.
P.O. Box 6010
Ridgeland, MS 39158


Ms. Debra Jezouit
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000


Mr. Josiah Martin Kollmeyer
Kean Miller, L.L.P.
400 Convention Street
Suite 700
Baton Rouge, LA 70802


Mr. Matthew Lynn Kuryla
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002


Mr. Jonathan Mark Little
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002


Ms. Allison Watkins Mallick
Baker Botts, L.L.P.
101 California Street
Suite 3200
San Francisco, CA 94111


Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201


Mr. Carl Grady Moore III

Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203


Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005


Ms. Lauren J. Rucinski
Kean Miller, L.L.P.
P.O. Box 3513
Baton Rouge, LA 70821


Ms. Dana Marie Shelton
Fishman Haygood, L.L.P.
201 Saint Charles Avenue
46th Floor
New Orleans, LA 70170


Ms. Catherine Emily Stetson
Hogan Lovells Cadwalader US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004


Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002


Mr. Justin A. Swaim
Fishman Haygood, L.L.P.
201 Saint Charles Avenue
Suite 4600
New Orleans, LA 70170


    No. 23-60300   State of Texas v. EPA
                       Agency No. 88 Fed. Reg. 36654


Dear Counsel,

This case has been removed from abeyance. We have filed the
certified list.  PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40
DAYS FROM THE DATE ABOVE, See Fed. R. App. P. and 5th Cir. R. 28,
30 and 31.  Except in the most extraordinary circumstances, the
maximum extension for filing briefs is 40 days in agency cases.
See also Fed. R. App. P. 30.1.2 and Fed. R. App. P. 31.1 to
determine if you have to file electronic copies of the brief and

record excerpts, and the Portable Document Format (PDF) you MUST use. See also Fed. R. App. P. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/ default-source/forms-and-documents---clerks-office/rules/ brchecklist.pdf". An intervenor's time is governed by Fed. R. App. P. 31.2. Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

**Brief Template:** The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

## Guidance Regarding Citations for Administrative Records

See 5th Cir. R. 28.2.2 - You must use the proper citation format when citing to the electronic administrative record.

Within the electronic record, the record citation cited at the bottom left hand side of the page is the proper citation to be used.

An example of a proper record citation format is, "ROA" followed by a period, followed by the page number. For example, "ROA.123". See 5th Cir. R. 28.2.2.

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

**Signing Pleadings:** While our rules do not directly regulate the process by which a party or an attorney produces the filing—such as writing it personally with no assistance, delegating part of its preparation to another, or using generative artificial intelligence, the signature is an attestation that the signer has reviewed the filing and is responsible for the accuracy of its contents.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Enclosure(s)

cc w/encl:
      Ms. Elizabeth A. Brody
      Mr. Anthony Brown
      Mr. Zachary Max Fabish
      Mr. Merrick Garland, U.S. Attorney General
      Mr. Shaun Goho
      Mr. Alex J. Hardee
      Ms. Kathleen Jennings
      Mr. Seth L. Johnson
      Mr. Todd Sunhwae Kim
      Mr. Christian Menefee
      Mr. Matthew J. Platkin
      Mr. Jeffrey Prieto
      Mr. Kwame Raoul
      Mr. Michael S. Regan
      Ms. Kathleen Lea Riley
      Mr. Brian Schwalb
      Mr. Joshua Smith

_____

Case No. 23-60300

_____

State of Texas; Texas Commission on Environmental Quality;
Public Utility Commission of Texas; Railroad Commission of
Texas; Association of Electric Companies of Texas; BCCA Appeal
Group; Texas Chemical Council; Texas Oil & Gas Association;
Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.;
Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian
Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise
County Power Company, L.L.C.; State of Louisiana; Louisiana
Department of Environmental Quality; State of Mississippi;
Mississippi Department of Environmental Quality; Mississippi
Power Company; Texas Lehigh Cement Company, L.P.; Louisiana
Public Service Commission; Energy Transfer, L.P.; Entergy
Louisiana, L.L.C.; Cleco Corporate Holdings, L.L.C.; Louisiana
Energy & Power Authority; Lafayette Consolidated
Government/Lafayette Utilities System; Louisiana Chemical
Association; Louisiana Mid-Continent Oil and Gas Association,

                    Petitioners

v.

United States Environmental Protection Agency; Lee Zeldin,
Administrator, United States Environmental Protection Agency,

                    Respondents